**CGFD32** (9/19/08)



**ORDERED in the Southern District of Florida on January 25, 2011**

_____
**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 10−37576−AJC**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

David R. Garcia
21601 SW 98 Pl.
Miami, FL 33190

Lucia D. Garcia
21601 SW 98 Pl.
Miami, FL 33190

SSN: xxx−xx−5110

SSN: xxx−xx−2763

## ORDER DISCHARGING CHAPTER 13 TRUSTEE

An order converting this case to chapter 7 was entered in this case. Nancy N Herkert, the chapter 13 trustee, having filed a final report, is discharged.

# # #

The clerk shall serve a copy of this order on the Debtor, Attorney for Debtor and Trustee.