**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**DAVID R. GARCIA,**                                        Case No. 10-37576 BKC AJC
**LUCIA D. GARCIA,**                                       Chapter 7

      **Debtors.**
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the Notice of Hearing on Trustee's Objection to Debtors' Claimed Exemptions (DE #41) was served on all interested parties as indicated below on this 5th day of April, 2011.

                                                                     /s/ Tasha Engracio

                                                    Tasha Engracio for
                                                    Barry E. Mukamal, Trustee
                                                    1 SE Third Avenue, Box 158
                                                    Miami, FL  33131
                                                    Telephone: (305) 995-9798

**SERVED ELECTRONICALY**

Office of the United States Trustee

Peter D. Spindel, Esq.

**SERVED VIA US MAIL**

David & Lucia Garcia
21601 SW 98 Place
Miami, FL 33190